UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALLIED INDUSTRIES, INC, ET AL.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 17-cv-092-CAB-(WVG)<br><br>**ORDER OF DISMISSAL**<br>**[Doc. No. 14]** |

Having considered the parties Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) [Doc. No. 14.], the Court **HEREBY DISMISSES WITH PREJUDICE** all complaints and claims in this action. All parties are to bear their own attorneys' fees and costs. Notwithstanding the parties stipulation to the contrary, the Court declines to retain jurisdiction to enforce the terms of the Settlement Agreement. The Clerk of Court shall terminate the case.

　　　It is **SO ORDERED**.

Dated: December 15, 2017

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge